# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMUNDO MARTINEZ, | Case No. CV 12-3824-JEM |
| Petitioner, | |
| v. | **JUDGMENT** |
| A. HEDGEPHED, Warden, | |
| Respondent. | |

In accordance with the Memorandum Opinion and Order Granting Respondent's Motion to Dismiss filed concurrently herewith,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: October 15, 2012

*/s/ John E. McDermott*
JOHN E. MCDERMOTT
UNITED STATES MAGISTRATE JUDGE